# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF MISSOURI
# WESTERN DIVISION

| | |
|---|---|
| UNITED STATE OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 11-00118-01-CR-W-DGK |
| ) | |
| GEORGE B. HARRIS, ) | |
| ) | |
| Defendant. ) | |

## ORDER

Pending before the Court are Defendant's Motion to Suppress Evidence and Statements (Doc. 54), the Government's response (Doc. 63), United States Magistrate Judge Robert E. Larsen's Report and Recommendation recommending that the motion be denied (Doc. 78), and Defendant's objections to the Report and Recommendation (Docs. 86 & 89). The Court has also reviewed the suppression hearing transcript (Doc. 68).

After carefully reviewing the Magistrate's report and conducting an independent review of the record and applicable law, it is hereby ORDERED that United States Magistrate Judge Larsen's Report and Recommendation be ADOPTED. Defendant's Motion to Suppress Evidence and Statements (Doc. 54) is hereby DENIED.

**IT IS SO ORDERED**

Date: July 10, 2012  /s/ Greg Kays  
GREG KAYS, JUDGE  
UNITED STATES DISTRICT COURT