# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF MISSOURI
# WESTERN DIVISION

| | |
|---|---|
| UNITED STATE OF AMERICA, | ) |
| Plaintiff, | ) |
| v. | ) No. 11-00118-01-CR-W-DGK |
| GEORGE B. HARRIS, | ) |
| Defendant. | ) |

## ORDER

Pending before the Court are Defendant's pro se motions to suppress (Docs. 138 & 142), the Government's response (Doc. 144) and United States Magistrate Judge Robert E. Larsen's Report and Recommendation recommending that the motions be denied (Doc. 151).

After carefully reviewing the Magistrate's report and conducting an independent review of the record and applicable law, it is hereby ORDERED that United States Magistrate Judge Larsen's Report and Recommendation be ADOPTED. Defendant's motions to suppress (Docs. 138 & 142) are hereby DENIED.

**IT IS SO ORDERED**

Date: March 28, 2013                           /s/ Greg Kays
                                               GREG KAYS, JUDGE
                                               UNITED STATES DISTRICT COURT